## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

LINDA WISWELL FORBES,

    Plaintiff,

v.                                                                                     CV 11-714 CG/WPL

COMMUNITY HEALTH SYSTEMS,
*et al.*,

    Defendants.

## ORDER DENYING MOTION TO AMEND

**THIS MATTER** comes before the Court on Plaintiff Linda Forbes' *Request for Leave to Amend Complaint*, (Doc. 11), and *Declaration in Support of Request for Leave to Amend*. (Doc. 12). In support of the motion to amend, Plaintiff states that she "does not wish to change the essence of her complaint, Plaintiff just wishes to amend the complaint to overcome the deficiencies defendants' counsel pointed out [in their *Rule 12(b)(6) Motion to Dismiss*]." (Doc. 12 at 2). Plaintiff's motion fails to comply with the Court's local rule D.N.M.LR-Civ. 15.1 which requires that "[a] proposed amendment to a pleading must accompany the motion to amend." In essence, the rule requires that Plaintiff attach the proposed amended complaint along with her motion to amend. Because Plaintiff's motion fails to comply with D.N.M.LR-Civ. 15.1, the Court will deny the motion.

With regard to the local rules of civil procedure, Plaintiff advises that her pleadings in this case may have been deficient because she is unfamiliar with the applicable rules. (Doc. 12 at 1-2 ("Plaintiff fully understands and appreciates rules of court are necessary

for the proper and smooth functioning of the legal process. Plaintiff does not understand how a citizen can bring a case to the hearing of an impartial judgment when there are so many rules that must be obeyed and so many forms must be used to achieve that end.")). While litigants are entitled to represent their own interests in federal court, *pro se* litigants are nevertheless held to the same rules of practice and procedure that are applicable to any licensed attorney. *Green v. Dorrell*, 969 F.2d 915, 917 (10th Cir. 1992). To ensure adherence to the Federal Rules of Civil Procedure as well as the District of New Mexico's own local rules, a copy of the "Guide for Pro Se Litigants" and a copy of the local rules of civil procedure will be mailed to Plaintiff.

**IT IS THEREFORE ORDERED** that Plaintiff's *Request for Leave to Amend Complaint*, (Doc. 11), be **DENIED**.

**IT IS FURTHER ORDERED** that the Clerk of the Court mail a copy of the Local Civil Rules and the Guide for *Pro Se* Litigants to Plaintiff.

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE