## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

LINDA WISWELL FORBES,

    Plaintiff,

v.                                                                CV 11-714 CG/WPL

COMMUNITY HEALTH SYSTEMS,
*et al.*,

    Defendants.

## JUDGMENT

The Court having remanded the Plaintiff's Complaint to state court for lack of subject matter jurisdiction in a separate Memorandum Opinion and Order, the Court issues this final judgment remanding the case, pursuant to FED. R. CIV. P. 58(a).

**IT IS HEREBY ORDERED** that the Complaint is **REMANDED** to state court.

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE
Presiding by Consent